AO 440 (Rev. 10/93) Summons in a Civil Action    **RETURN OF SERVICE**

SERVICE OF: **SUMMONS AND COMPLAINT, PRESIDING JUDGE'S RULES**
EFFECTED (1) BY ME: Dean Morin
TITLE: **PROCESS SERVER**

DATE: July 14, 2015 @ 4:02 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant
C.H. ROBINSON WORLDWIDE, INC. by leaving with Jane Rief - Admin assistant

Place where served:

14701 CHARLSON RD.  EDEN PRAIRIE MN 55347

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX: F  AGE: 50  HEIGHT: 5'5"  WEIGHT: 110 lbs  SKIN: White  HAIR: Brown  OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL$ _____    SERVICES $ _____    TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 7 / 14 / 20 15    _____ L.S.
SIGNATURE OF Dean Morin
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:   JOHN T. LILLIS, JR., ESQ.
PLAINTIFF:   TRYG INSURANCE, A/S/O TOMS CONFECTIONERY GROUP, ET AL
DEFENDANT:  C.H. ROBINSON WORLDWIDE, INC., ET AL
VENUE:      DISTRICT
DOCKET:     3 15 CV 05343 MAS TJB
COMMENT: