IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRYG INSURANCE a/s/o Toms Confectionery Group, and TOMS CONFECTIONERY GROUP,<br><br>Plaintiffs,<br><br>- against-<br><br>C.H. ROBINSON WORLDWIDE, INC., and NATIONAL REFRIGERATED TRUCKING, LLC.,<br><br>Defendants. | Case No. 3:15-cv- 05343 (MAS) (TJB)<br><br><br><br>**ORDER** |

THIS MATTER having been brought before the Court upon the motion of Defendant, C. H. Robinson Worldwide, Inc. (hereinafter CHR) for admission pro hac vice of Barry N. Gutterman, Esq. of the law firm of Barry N. Gutterman & Associates P.C., pursuant to Local Civil Rule 101.1(c) of this Court, and in consideration of the papers submitted, the documents attached in support of the Motion, argument of counsel, if any, and for good cause shown,

IT IS ON THIS ___10___ day of ___November___, 2015

**ORDERED** that Barry N. Gutterman, Esq., of Barry N. Gutterman & Associates P.C., be permitted to appear *pro hac vice* in this matter on behalf of Defendant CHR; and

**IT IS FUTHER ORDERED** that a member of the bar of this Court upon whom all notices, order, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt and shall remain counsel of record; and

**IT IS FURTHER ORDERED** that a member of the bar of this Court shall file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders; and

[DE 10 terminated]

**IT IS FURTHER ORDERED** that Barry N. Gutterman, Esq. shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which he continues to represent a part in this action before this Court, in accordance with New Jersey Court Rule 1:28-2 and Local Civil Rule 101.1(c) of this Court, said fee to be deposited within ( 10 ) days of the date of entry of this Order; and

**IT IS FURTHER ORDERED** that the $150.00 fee required by Local Civil Rule 101.1(c) (3) of this Court for each attorney admitted *pro hac vice* to the United States District Court for the District of New Jersey shall also be payable within ( 10 ) days of the date of entry of this Order.

Dated: November 10, 2015

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.