**Kennedy Lillis Schmidt & English**
75 Maiden Lane
New York, N.Y. 10038-4816
Telephone: 212-430-0800
WWW.KLSELAW.COM

John T. Lillis, Jr.
JLILLIS@KLSELAW.COM
DIRECT DIAL: 212-430-0801

April 27, 2016

**By ECF**
Hon. Michael A. Shipp
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Courtnroom 7W
Trenton, New Jersey 08608

Re:   *TRYG INSURANCE et al v. C.H. ROBINSON WORLDWIDE, INC. et al.*
3:15-cv-05343
Our File: 5980

Dear Judge Shipp:

    We represent Plaintiffs, Tryg Insurance ("Tryg") and Toms Confectionary Group ("Toms"), in the above-captioned matter. We write to request an extension of time to respond to Defendant C.H. Robinson Worldwide, Inc.'s ("CHR's") Motion for Summary Judgment, Docket Entry 15.

    Currently, CHR's Motion for Summary Judgment is returnable 16 May 2016, with our opposition papers due 2 May 2016. Due to an upcoming two (2) week arbitration scheduled in Puerto Rico in May, we request that Your Honor extend the time to submit our opposition papers to 23 May 2016, with CHR's reply due 10 June 2016.

    Counsel for CHR consents to the extension and the proposed dates referenced herein.

Respectfully,

KENNEDY LILLIS SCHMIDT & ENGLISH

By: *John T. Lillis*
John T. Lillis, Jr.