| | |
|---|---|
| Phone 908-832-9207 | Admitted To Practice In: |
| Fax 908-832-5403 | New Jersey |
| | Pennsylvania |

# Kenneth A. Olsen
Attorney at Law
33 Philhower Road
Lebanon, New Jersey 08833

November 4, 2016

Hon. Michael A. Shipp , U.S.D.J.
U.S. District Court for New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 E. State Street, Courtroom 5W
Trenton, New Jersey  08608

Dear Judge Shipp:              Re: Tryg Insurance et al. v. C. H. Robinson Worldwide et al.
                                                Civil Action No. 3:15-cv-05343 (MAS) (TJB)


     I represent C.H. Robinson Worldwide, Inc. ("CHRW"), as local New Jersey counsel, along with Barry N. Gutterman, Esq., as pro hac vice counsel, in the above captioned matter.

     Pursuant to November 3, 2016 Text Order, all counsel have conferred today about availability dates for oral argument for the pending summary judgment motion.  Unfortunately, all counsel have existing schedule conflicts with the dates set forth in said Text Order.

     Therefore, all counsel wish to inform Your Honor that we are available November 21, 2016 at 1:00 PM; November 28, 2016 at 1:00 PM; or November 29, 2016 at 1:00 PM, for motion oral argument if Your Honor so desires to choose dates and times other than those set forth in the aforesaid Text Order.  Thanking you for your courtesies and considerations, we respectfully await your response advice on this scheduling matter.

                                                Respectfully yours,

                                                s/ <u>Kenneth A. Olsen, Esq.</u>                   .
                                                *Attorney for Defendant CHRW*


cc:  John T. Lillis, Jr., Esq. via ECF filing
     Barry N. Gutterman, Esq., via ECF filing