UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRYG INSURANCE, et al.,

        Plaintiffs,

v.

C.H. ROBINSON WORLDWIDE, INC., et al.,

        Defendants.

Civil Action No. 15-5343 (MAS) (TJB)

**ORDER**

This matter comes before the Court on Defendant C.H. Robinson Worldwide, Inc.'s ("Defendant") Motion for Summary Judgment. (ECF No. 15.) Tryg Insurance and Toms Confectionary Group (collectively, "Plaintiffs") opposed the motion (ECF No. 19), and Defendant replied (ECF No. 20). The parties dispute whether Defendant is a "broker" or "carrier" under the Carmack Amendment, 49 U.S.C. § 14706. The Court has carefully considered the parties' submissions and heard oral argument on November 21, 2016. For the reasons set forth on the record, and other good cause shown,

**IT IS** on this 22nd day of November 2016, **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

/s/ Michael A. Shipp

MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE