## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

TRYG INSURANCE, et al.,

                Plaintiffs,

          v.

C.H. ROBINSON WORLDWIDE, INC.,
et al.,

                Defendants.

Civil Action No. 15-5343 (MAS) (TJB)

**PRETRIAL ORDER**

**THIS MATTER** comes before the Court upon its review of the docket, including the Final Pretrial Order (ECF No. 30). After careful review and consideration,

IT IS on this 26th day of April 2017, **ORDERED** that:

1.     The parties shall adhere to the following *in limine* motion schedule:

     a.     Moving briefs shall be filed by **April 28, 2017 at 4:00 p.m.**[1]

     b.     Opposition briefs shall be filed by **May 1, 2017 at 12:00 p.m. (noon)**.

     c.     No reply briefs shall be filed.

     d.     The Court will hear oral argument on the *in limine* motions, prior to the start of the bench trial, on **May 4, 2017 at 9:00 a.m.** in Courtroom 5W.

---

[1] The schedule relates to the pending/contemplated motions listed in the Final Pretrial Order. (*See* Final Pretrial Order ¶ 2, ECF No. 30.) The March 8, 2017 Final Pretrial Order provides that "[t]he parties suggest the foregoing be addressed during trial." (*Id.* at 2.)

2.  By **May 1, 2017 at 12:00 p.m. (noon)**, counsel shall electronically file correspondence that indicates:

   a.  Whether or not they require the use of any of the Court's audio, visual, or other equipment; and

   b.  Whether counsel intend to bring their own audio, visual, or other equipment.

3.  The Court will conduct a pretrial telephone status conference on **May 1, 2017** at **3:00 p.m.** Counsel for Plaintiff shall initiate the call to (609) 989-2009.

4.  By **May 2, 2017**, each party shall electronically file a trial brief in accordance with Local Civil Rule 7.2(b), with citations to authorities and arguments in support of its position on all disputed issues of law. In the event a brief shall not be filed, the delinquent party's complaint or defense may be stricken.[2]

5.  By **May 2, 2017,** counsel must submit a **Joint Exhibit List and Two (2) Bench Books.** (Except for the exhibits that are solely for impeachment purposes, only the exhibits included on the joint exhibit list may be introduced at trial. Any objection to an exhibit, and the reason for said objection, must be set forth or it shall be deemed waived. All parties agree that it will not be necessary to bring in the custodian of any exhibit as to which no objection is made.)

---

[2] At the conclusion of the bench trial, the Court will provide deadlines for submission of proposed Findings of Facts and Conclusions of Law. At that time, the parties will also have the opportunity to submit supplemental briefing. Accordingly, the parties may jointly elect to forgo pretrial briefs.

6.      The bench trial will commence on **May 4, 2017** at **9:00 a.m.**

7.      If any of the above deadlines poses a hardship, counsel shall meet and confer and must electronically file a joint proposed alternative scheduling order by **April 27, 2017 at 4:30 p.m.**[3]


_Michael A. Shipp_

**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**

---

[3] Under any alternative joint proposed scheduling order, any *in limine* motions must be fully briefed no later than **Tuesday, May 2, 2017, at 4:00 p.m.** In addition, all pretrial submissions must be received by the Court no later than **Wednesday, May 3, 2017, at 11:00 a.m.**