S:\Files\5980_C.H. Robinson\POST-TRIAL SUBMISSIONS\5980_Notice.docx

KENNEDY LILLIS SCHMIDT & ENGLISH
John T. Lillis, Jr., Esq.
JLillis@klselaw.com
75 Maiden Lane, Suite 402
New York, New York 10038
Tel. 212-430-0800
Fax 212-430-0810

Attorneys for Plaintiffs
TRYG INSURANCE a/s/o Toms Confectionery Group
and TOMS CONFECTIONERY GROUP

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRYG INSURANCE a/s/o Toms Confectionery Group, and TOMS CONFECTIONERY GROUP, <br><br> Plaintiffs, <br><br> - against - <br><br> C.H. ROBINSON WORLDWIDE, INC. and NATIONAL REFRIGERATED TRUCKING, LLC, <br><br> Defendants. | Case No. <br><br> 3:15-CV-05343 (MAS) (TJB) <br><br> <u>NOTICE TO COURT & COUNSEL</u> |

PLEASE TAKE NOTICE that Doc. #47 filed by Plaintiffs at 5:28 p.m. on 22 June 2017 is actually our Proposed Conclusions of Law. [There was no such category on ECF menu].

Dated: New York, New York
June 23, 2017

KENNEDY LILLIS SCHMIDT & ENGLISH
Attorneys for Plaintiffs TRYG INSURANCE
and TOMS CONFECTIONERY GROUP

By: _____
John T. Lillis, Jr., Esq.
75 Maiden Lane – Suite 402
New York, New York 10038-4816
Telephone: 212-430-0800

1