UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TRYG INSURANCE, et al.,

    Plaintiffs,

v.

C.H. ROBINSON WORLDWIDE, INC., and NATIONAL REFRIGERATED TRUCKING, LLC,

    Defendants.

Civil Action No. 15-5343 (MAS) (TJB)

**JUDGMENT ORDER**

This matter is before the Court upon: (i) the trial before the Court, with the Honorable Michael A. Shipp, United States District Judge, presiding, between Plaintiffs Tryg Insurance ("Tryg") and Toms Confectionary Group ("Toms") (collectively, "Plaintiffs") and Defendant C.H. Robinson Worldwide ("CHRW"); and (ii) Plaintiffs' Motion for Default Judgment against Defendant National Refrigerated Trucking, LLC ("NRT"). The issues having been duly tried and/or decided by the Court, and for other good cause shown,

**IT IS** on this 28th day of November, 2017, **ORDERED** that

1. Judgment is entered in favor of Plaintiffs against Defendant CHRW (ECF No. 52) and Defendant NRT (ECF No. 51).

2. Defendants are jointly and severally liable for damages in the amount of $124,034.31.

3. Within seven days from the date of this Order, Plaintiffs must e-file correspondence that includes a proposed calculation of pre-judgment interest. Defendants shall

submit any objections to Plaintiffs' submission within seven days of Plaintiffs' submission.

4. If Plaintiffs fail to submit a proposed calculation of pre-judgment interest by the above deadline, the Clerk shall close this matter.

*/s/ Michael A. Shipp*
MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE