Phone 908-832-9207                                                                              Admitted To Practice In:
Fax 908-832-5403                                                                                       New Jersey
                                                                                                                Pennsylvania

**Kenneth A. Olsen**
Attorney at Law
33 Philhower Road
Lebanon, New Jersey 08833

Via ECF

                                                                                                        December 15, 2017

Hon. Michael A. Shipp , U.S.D.J.
U.S. District Court for New Jersey
Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 E. State Street, Courtroom 5W
Trenton, New Jersey  08608

Dear Judge Shipp:            Re: Tryg Insurance et al. v. C. H. Robinson Worldwide et al.
                                            Civil Action No. 3:15-cv-05343 (MAS) (TJB)


      I represent C.H. Robinson Worldwide, Inc. ("CHRW"), as local New Jersey counsel, along with Barry N. Gutterman, Esq., as pro hac vice counsel, in the above captioned matter.

      We are in receipt of Plaintiffs' Reply In Support Of Its Motion For Pre-Judgment Interest and Costs [Dkt. 56], with attachments, and we object to same.  Your Honor's Judgment Order [Dkt. 54] directed Plaintiffs to "e-file correspondence that includes a proposed calculation of pre-judgment interest" within seven days of November 28, 2017 and for Defendants to submit any objections to Plaintiffs' submission within seven days thereafter.  Your Honor's direction in the November 28, 2017 Judgment Order [Dkt. 54] did not provide for Plaintiffs filing of any Motion For Costs and Pre-Judgment Interest, nor for the filing of any Reply to Defendant's objections.  If Plaintiffs desired to revise any submitted calculations, they could have done such by e-filed correspondence without submitting Reply Arguments on pre-judgment interest.

      If there are any questions or additional information required, please have your Chambers contact me.  Your courtesies and considerations have been and are appreciated.

                                                                                    Respectfully yours,


                                                                                    s/ <u>Kenneth A. Olsen, Esq.</u>                .
                                                                                    *Attorney for Defendant CHRW*


KAO:amo
cc:  John T. Lillis, Jr., Esq. via ECF
       Barry N. Gutterman, Esq., via ECF