IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRYG INSURANCE a/s/o Toms Confectionery Group, and TOMS CONFECTIONERY GROUP,<br><br>Plaintiffs,<br><br>- against-<br><br>C.H. ROBINSON WORLDWIDE, INC., and NATIONAL REFRIGERATED TRUCKING, LLC.,<br><br>Defendants. | Case No.  3:15-cv-05343 (MAS) (TJB)<br><br>Hon. Michael A. Shipp, U.S.D.J. |

NOTICE OF APPEAL TO THE
U. S. COURT OF APPEALS FOR THE THIRD CIRCUIT

NOTICE is hereby given that Defendant, C.H. Robinson Worldwide, Inc. ("CHRW"), appeals to the United Stated Court of Appeals for the Third Circuit from the Judgment Order [Dkt. # 53] of the Hon. Michael A Shipp, U.S.D.J., dated November 28, 2017, and the underlying Opinion and Final Judgment [Dkt.# 52] of the Hon. Michael A. Shipp, U.S.D.J., dated November 28, 2017, which granted Plaintiff judgment in the amount of $124,034.31, plus pre-judgment interest, against Defendant.

Dated:  December 19, 2017

By:  s/ Kenneth A. Olsen
Kenneth A. Olsen, Esq.
33 Philhower Road
Lebanon, New Jersey  08833
Phone: (908) 832-9207
Email:  kolsen53@earthlink.net
~and~
By: /s/ Barry Gutterman
Barry N. Gutterman, Esq. (Admitted Pro Hac Vice)
Barry N. Gutterman & Associates, P.C.
85 Davids Way
Bedford Hills, New York 10507
Phone:  (212) 983-1466
Email: bngassc@aol.com
*Attorneys for Defendant C.H. Robinson Worldwide, Inc.*

1

2

To:

John T. Lillis, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane, Suite 402
New York, NY  10038
*Attorneys for Plaintiff*

.